IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| vs. : | Case No. 1:20-mj-00524 |
| JEFFREY LONGSTRETH : | |
| Defendant. : | |

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the Initial Appearance held today.

Accordingly, the proceeding held on this date may be conducted by:

✓ video teleconference

____ teleconference, because video teleconferencing is not reasonably available for the following reasons:

   ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

   ____ other.

**IT IS SO ORDERED.**

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

DATE: 7/21/2020