# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  1:20-mj-524 |
| vs. | : | |
| JEFFREY LONGSTRETH, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**
**ON BEHALF OF DEFENDANT, JEFFREY LONGSTRETH**

Now comes Robert F. Krapenc (0040645), and hereby enters his appearance in the within matter as counsel of record.

              __/s/ Robert F. Krapenc_____
              ROBERT F. KRAPENC    (0040645)
              580 South High Street
              Suite 250
              Columbus, Ohio 43215
              (614) 221-5252 (phone)
              (614) 224-7101 (fax)
              Bob@Krapenclaw.com
              Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE has been delivered via electronic mail service to Counsel for all parties of record, this 23rd day of July, 2020.

              __/s/ Robert F. Krapenc_____
              ROBERT F. KRAPENC    (0040645)
              Attorney for Defendant