AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| JEFFREY LONGSTRETH | ) Case No. 1:20-mj-524 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/24/2020

*Defendant's signature*

*Signature of defendant's attorney*

Robert F. Krapenc
*Printed name and bar number of defendant's attorney*
580 South High Street
Suite 250
Columbus, Ohio 43215

*Address of defendant's attorney*

Bob@Krapenclaw.com
*E-mail address of defendant's attorney*

(614) 221-5252
*Telephone number of defendant's attorney*

(614) 224-7101
*FAX number of defendant's attorney*