AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

JEFFREY LONGSTRETH

**NOTICE**

CASE NUMBER: 1:20-cr-00077(2)

TYPE OF CASE:
☐ CIVIL  ☑ CRIMINAL

☑ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO | BY VIDEOCONFERENCING |
| | DATE AND TIME |
| | 8/6/2020 AT 1:30 PM |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT BEFORE MAGISTRATE JUDGE KAREN L. LITKOVITZ.
GOTOMEETING INSTRUCTIONS WILL BE PROVIDED TO COUNSEL PRIOR TO THE HEARING.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

7/30/2020
DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:
COUNSEL
USMS
PRETRIAL SERVICES
PROBATION